# Exhibit A

**Name:** Cody Alexander Young
**Address:** 425 W. Sheep Ave dr (Juab County Jail)
**City, State, Zip:** Nephi, Utah 84648
**Phone:**
**Email:**

I am [X] Plaintiff/Petitioner
[ ] Plaintiff/Petitioner's Attorney
[ ] Defendant/Respondent
[ ] Defendant/Respondent's Attorney (Utah Bar #: _____)

[ ] This is a private record.

In the [X] District [ ] Justice Court of Utah
**Third** Judicial District **Salt Lake** County
**Court Address:** 450 State, Salt Lake City, UT 84114

**Plaintiff/Petitioner:** Cody Alexander Young

v.

**Defendant/Respondent:** ABC4 Utah et al
Jane Doe, John Doe

**[Document Name]** 21 Day Summons
**Case Number:** 190907576
**Judge:** Kouris
**Commissioner (domestic cases):**

I declare under criminal penalty under the law of Utah that everything stated in this document is true.
**Signed at:** Juab County, Nephi, Utah, USA (city, and state or country).
**Date:** 12-29-2019
**Signature:** [signature]
**Printed Name:** Cody Alexander Young

Page 1 of 1

**Form 2. 21 Day Summons**

[Caption and signature block as in Form 1]

THE STATE OF UTAH TO THE ABOVE-NAMED DEFENDANT:

You are summoned and required to answer the attached complaint. Within 21 days after service of this summons, you must file your written answer with the clerk of the court at the following address: 450 State Salt Lake City, Utah 84648 , and you must mail or deliver a copy to plaintiff's attorneys at the address listed above. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. The complaint is on file with the clerk of the court.

Complaint Memorandum: page 1 of 3
ABC4 UTAH
Case # 190907576
Judge Kouris

I, plaintiff, Cody alexander Yerney state and claim:

1) defendant is a UTAH business/company/corporation/LLC, etc, which is "an" "operated", "controlled" etc, by "person(s)" "in charge", said "fictional" names as "John Doe" and/or "Jane Doe".

2) That venue is proper in this court because plaintiff(s), Jane Doe and John Doe, doing business under the name ~~[struck out]~~ ABC4-UTAH does so in the County of Salt Lake, UTAH.

3) defendant's company/business/corporation/LLC etc produces and/or broadcasts, written, stated, verbal, printed, broadcasts aired, showed and the like, on "live" and "not live" "air", during and before and after (their) News Broadcasts, aswell as in written and/or printed matters of media and other means, as facebook, and including any such also in any other form or matter, produced and has produced, declared, stated etc that I, Cody alexander Yerney, was charged with "Murder" and/or "Homicide" in the state of UTAH in and around oswell as after, October 2018 of last year.

4) and that such statements were untrue, not based on facts not stated factually.

5) and that such statements made were libelous, non factual, not of opinion and not priveleged in their utterance, broadcasts publication, repeats, statements etc.

6) and that those broadcasts and rebroadcasted statements, "on air" either "live" or re-broadcasted, in manner of "Break News, or later repeats of such Broadcasts, their referral to during commercials or any other time and type of Broadcast

Complaint Memorandum (continued): Page 2 of 3

ABC 4 UTAH
Case # 190907576
Judge Morris

including, but not limited to, these/those claims/broadcasts/scripts/utterances etc. were, or have been, are made in any other form of media, as facebook and the like, are and were done, in gross negligence, with/in regard to facts on/of "record(s)" easily to be "found"/"discovered", in total disregard of "truth" and "fact(s)", in blatant disregard of and/or truth and fact, done in and with malice, and malicious intent, carelessly & willfully cause harm and suffering, in and out of a grossly irresponsible manner, without any due consideration for the standards of information gathering and dissemination ordinarily followed by responsible parties.

7) and that these acts are clearly libelous, defamatory, done in and out of wanton disregard of facts and truths, done carelessly and created and/or were meant to create my person in a false light, exposure to public contempt, ridicule, aversion, disgrace, threats, disassociation, shame, physical harm, mental anguish, mental suffering, pain, emotional harm, loss of reputation, financial harm and damage and the like.

8) that these broadcast(s), publications, and the like, along with my herein stated claims of facts related to claims, that such are, when no defense of "fact", "opinion", privilege, or the like, are a valid defense, then, such are damaging/cause damage 'per se' and cause fraction and "rewards", monetary and other.

9) that defendant(s) are to compensate, financially, for the harm done, damages done, future and past damages and as well as punitive damages awarded/"paid"/compensated for all claims, mentions and reasons given here, or assumed but not

Complaint Memorandum (continued). Page 3 of 3

ABC 4 UTAH
Case # 190907576
Judge Harris

(9)(x) stated, shown, claimed.

(10) and that, further, I, plaintiff, demand from the defendant(s) that the statements, broadcasts, reports, publications, mentions, referrals and any other forms and matters of any type, in any media, public or other, written, spoken etc, are to be removed asap, and retracted, corrected and clarified etc in the same manner, of same length, of same type, of same timeframe, of and in same type of media broadcast(s), publication etc as the original, which is to be removed and retracted. That such rectifying and retraction and correction and the statements/broadcast(s)/publication(s) etc thereof shall be given copies of to me, the plaintiff, it's their original form/format, as well as in transcript type, to be sent to me @ return address stated herein.

(11) for all reasons and statements herein, but not limited to these/those, I hereby request and demand damages and punitive damages in a total of, minimally, $7,800,000.00

(12) that defendent(s) may receive this (a civil lawsuit for defamation/slander/libel, but that plaintiff is very open to consider a settlement from defendent(s), contact me regarding this asap.

| Codi Alexander Young | [signature] |
| printed name of plaintiff | signature of plaintiff |

Signed 23 September 2019 (september the 23rd)
- Juab County, Nephi City, Utah