Complaint About our Claim
Case # 190907576
Judge Kouris

I, plaintiff, Cody Alexander Young, state and claim:

(1) defendant is a UTAH business/company/corporation/LLC, etc., which is ran/"operated"/controlled etc., by "person(s) in charge", said/fictional names as "John Doe" and/or "Jane Doe".

(2) That Venue is proper in this court because plaintiff(s), Jane Doe and John Doe, doing business under the name ~~[scribbled out]~~ ABC4-UTAH does so in the County of Salt Lake, Utah.

(3) defendant's company/business/corporation/LLC etc. produces and/or broadcasts, written, stated, verbal, printed, broadcasts, aired, shown and the like, on "live" and "not live" "air", during and before and after (their) News Broadcasts, as well as in written and/or printed matters of media and other means, as facebook, and including any such other in any other form or matter, produce and has produced, declared, stated etc. that I, Cody Alexander Young, was charged with "Murder" and/or "Homicide" in the State of UTAH in and around, as well as after, October 2018 of last year.

(4) And that such statements were untrue, not based on facts, not stated factually.

(5) And that such statements made were libelous, non factual, not of opinion and not privileged in their utterance, broadcasts, publication, repeats, statements etc.

(6) and that those Broadcasts and Broadcasted statements, "on air", either "Live" or Re-Broadcasted, in manner of "Break News", or later repeats of such Broadcasts, their referral to during commercials or any other time and type of Broadcast

Complaint (Memorandum (cont' Nxed)):                                    15 of 16

including, but not limited to, these/those claim(s)/Broadcast(s)/script(s)/utterance(s) etc were, or have been, are made in any other form of media, as facebook and the like, are and were done, in gross negligence, with/in neglect to facts on/of record(s) easily to be "found"/"discovered", in total disregard of (truth) and fact(s), in blatant disregard of and for truth, and fact, done in and with malice, and malicious intent, carelessly & willfully cause harm and suffering, in and out of a grossly irresponsible manner, without any due consideration for the standards of information gathering and dissemination ordinarily followed by responsible parties.

⑦ and that these acts are clearly libelous, defamatory, done in and out of "wanton" disregard of facts and truth(s), done carelessly and created and/or were meant to create my person in a false light, exposure to public contempt, ridicule, aversion, disgrace, threats, disassociation, shame, physical harm, mental anguish, mental suffering, pain, emotional harm, loss of reputation, financial harm and damage and the like.

⑧ that these Broadcast(s), publication(s) and the like, along with my herein stated claims of facts related to claims, that such are, when no defense of "fact", "opinion", "privilege, or the like, are a valid defense, then such are damaging/cause damage 'per se' and cause for action and "rewards", monetary and other.

⑨ that defendant(s) are to compensate, financially, for the harm done, damages done, future and past damages and as well as punitive damages awarded/"paid"/compensated for all claims, mentions and reasons given here, or assumed but not

co(s) stated, shown/claimed.

10) and that further, I, plaintiff, demand from the defendant(s) that the statements, broadcasts, reports, publications, mentions, referrals and any other forms and matters of any types in any media, public or other, written, spoken etc. are to be removed asap, and retracted, corrected and clarified etc in the same manner of same length, of same type, of same timeframe of and in same type of media broadcast(s), publication etc as the original, which is to be removed and retracted. That such rectifying and retraction and correction and the statements/broadcast(s)/publication(s) etc thereof, shall be given copies of to me, the plaintiff, it's their original form/format, as well as in transcript type, to be sent to me @ return address stated herein.

11) For all reasons and statements herein, but not limited to these/those, I hereby request and demand damages and punitive damages in a total of minimally $7,800,000.00

12) That defendant(s) may receive this/a civil lawsuit for defamation/slander/libel, but that plaintiff is very open to consider a settlement from defendant(s), contact me regarding this asap.

Codi Alexander Young
printed name of plaintiff          signature of plaintiff

Signed 23 September 2019 (September the 23rd)
Juab County, Nephi City, Utah

## Utah District Court Cover Sheet for All Civil Actions Except Probate Cases

**Interpretation.** If you do not speak or understand English, contact the court at least 3 days before the hearing or mediation, and an interpreter will be provided.

**Interpretación.** Si usted no habla o entiende el Inglés contacte al tribunal por lo menos 3 días antes de la audiencia o mediación y le proveerán un intérprete.

**Plaintiff/Petitioner (First)**
Name: Cody Alexander Young
Address: 425 W. Sleeplane dr (Juab County Jail)
City, State, Zip: Nephi, Utah 84648
Phone: ___ Email: ___

**First Plaintiff/Petitioner's Attorney***
Name: ___
Bar Number: ___

**Plaintiff/Petitioner (Second)**
Name: ___
Address: ___
City, State, Zip: ___
Phone: ___ Email: ___

**Second Plaintiff/Petitioner's Attorney***
Name: ___
Bar Number: ___

**Defendant/Respondent (First)**
Name: ABC4-Utah "John Doe, Jane Doe" person(s) in charge
Address: 2175 West 1700 South
City, State, Zip: Salt Lake City, Utah 84104
Phone: ___

**First Defendant/Respondent's Attorney***
Name: ___
Bar Number: ___

**Defendant/Respondent (Second)**
Name: ___
Address: ___
City, State, Zip: ___
Phone: ___

**Second Defendant/Respondent's Attorney***
Name: ___
Bar Number: ___

*Attorney mailing and email addresses provided by Utah State Bar.

**Total Claim for Damages $7,800,000.00** Jury Demand ■ Yes ☐ No  $250 ■ Jury Demand

Schedule of Fees: §78a-2-301 (Choose ☒ all that apply. See Page 2 for fees for claims other than claims for damages.)

**PLEASE CHOOSE ONE:**
- ☐ No monetary damages are requested (URCP 26: Tier 2)
- ☐ Damages requested are $50,000 or less (URCP 26: Tier 1)
- ☐ Damages requested are more than $50,000 and less than $300,000 (URCP 26: Tier 2)
- ■ Damages requested are $300,000 or more (URCP 26: Tier 3)
- ☐ Damages are unspecified. Circle one: Tier 1  Tier 2  Tier 3
- ☐ This case is exempt from URCP 26. (E)

— — MOTION TO RENEW JUDGMENT — —
$37.50 ☐ Damages $2000 or less

$92.50 ☐ Damages $2001 - $9,999
$180 ☐ Damages $10,000 & over

— — COMPLAINT OR INTERPLEADER — —
$75 ☐ Damages $2000 or less
$185 ☐ Damages $2001 - $9999
$360 ■ Damages $10,000 & over
$360 ☐ Damages Unspecified

— — COUNTERCLAIM, CROSS CLAIM, THIRD PARTY CLAIM, OR INTERVENTION — —
$55 ☐ Damages $2000 or less
$150 ☐ Damages $2001 - $9999
$155 ☐ Damages $10,000 & over



Choose ☒ One

| Fee | | Case Type | Fee | | Case Type |
|---|---|---|---|---|---|
| | | ————— APPEALS ————— | $115 | ☐ | Counterclaim: Divorce/Sep Maint. |
| $360 | ☐ | Administrative Agency Review | $115 | ☐ | Counterclaim: Custody/Visit/Support |
| Sch | ☐ | Tax Court (Appeal of Tax Commission Decision) Court: Refer to Clerk of Court upon filing. | $155 | ☐ | Counterclaim: Paternity/Grandparent Visitation |
| $225 | ☐ | Civil (78A-2-301(1)(h)) (E) | $100 | ☐ | Domestic Modification (T2) |
| $225 | ☐ | Small Claims Trial De Novo (E) | $100 | ☐ | Counter-petition: Domestic Mod. |
| | | ————— GENERAL CIVIL ————— | $360 | ☐ | Grandparent Visitation (T2) |
| Sch | ☐ | Civil Rights | $360 | ☐ | Paternity/Parentage (T2) |
| $0 | ☐ | Civil Stalking (E) | $310 | ☐ | Separate Maintenance (T2) |
| $360 | ☐ | Condemnation/Eminent Domain | $35 | ☐ | Temporary Separation (E) |
| Sch | ☐ | Contracts | $35 | ☐ | Uniform Child Custody Jurisdiction & Enforcement Act (UCCJEA) (E) |
| Sch | ☐ | Contract: Employment Discrimination | | | |
| Sch | ☐ | Contract: Fraud | $35 | ☐ | Uniform Interstate Family Support Act (UIFSA) (E) |
| Sch | ☐ | Debt Collection | | | |
| $360 | ☐ | Essential Treatment Intervention (62A-15-1203) | | | ————— JUDGMENTS ————— |
| | | | $35 | ☐ | Foreign Judgment (Abstract of) (E) |
| Sch | ☐ | Eviction/Forcible Entry and Detainer (E) | $50 | ☐ | Abstract of Judgment/Order of Utah Court/Agency (E) |
| $360 | ☐ | Extraordinary Relief/Writs | | | |
| $360 | ☐ | Forfeiture of Property (E) | $30 | ☐ | Abstract of Judgment/Order of Utah State Tax Commission (E) |
| Sch | ☐ | Interpleader | | | |
| Sch | ☐ | Lien/Mortgage Foreclosure | $35 | ☐ | Judgment by Confession (E) |
| Sch | ☐ | Miscellaneous Civil | | | ————— PROBATE ————— |
| $360 | ☐ | Post Conviction Relief: Capital (E) | Use the **Utah District Court Cover Sheet for Probate Actions** for the following: | | |
| $360 | ☐ | Post Conviction Relief: Non-capital (E) | | | |
| Sch | ☐ | Property Rights | Adoptions/foreign adoptions; conservatorships; estate personal rep; foreign probate; gestational agreements; guardianships; minor's settlements; name changes; supervised administration cases; trusts; other probate actions | | |
| $360 | ☐ | Registry Removal (Gun/White Collar) | | | |
| Sch | ☐ | Sexual Harassment | | | |
| Sch | ☐ | Water Rights | | | |
| $360 | ☐ | Wrongful Lien | | | |
| Sch | ☐ | Wrongful Termination | | | ————— SPECIAL MATTERS ————— |
| | | ————— TORTS ————— | $35 | ☐ | Arbitration Award (E) |
| Sch | ☐ | Automobile Tort | $0 | ☐ | Determination Competency-Criminal (E) |
| Sch | ☐ | Intentional Tort | $135 | ☐ | Expungement Petition (E) |
| Sch | ☐ | Malpractice-Medical Tort | $0 | ☐ | Hospital Lien (E) |
| Sch | ☐ | Malpractice-Legal Tort; Other | $35 | ☐ | Judicial Approval of Document: Not Part of Pending Case (E) |
| Sch | ☐ | Premises Liability | | | |
| Sch | ☐ | Asbestos | $35 | ☐ | Notice of Deposition in Out-of-State Case/Foreign Subpoena (E) |
| Sch | ☐ | Product Liability (NOT Asbestos) | | | |
| Sch | ■ | Slander/Libel/Defamation | $35 | ☐ | Open Sealed Record (E) |
| | | ————— DOMESTIC RELATIONS ————— | $50 | ☐ | Petition for Adjudication of Priority to Funds on Trustee's Sale. |
| $0 | ☐ | Protective Orders (E) | | | |
| $310 | ☐ | Marriage Adjudication (T2) | | | |
| $310 | ☐ | Custody/Visitation/Support (T2) | | | |
| $310 | ☐ | Divorce/Annulment (T2) | | | |
| | ☐ | Check if child support, custody or parent-time will be part of decree<br>☐ Check if Temporary Separation filed | | | |
| $8 | ☐ | Vital Statistics §26-2-25 per form | | | |