IN THE UNITED STATE DISTRICT COURT
STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **CODY ALEXANDER YOUNG,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ABC 4 Utah,**<br><br>**Defendant.** | **REPORT & RECOMMENDATION**<br><br>**Case No.  2:20-cv-00063**<br><br>**District Court Judge Jill N. Parrish**<br>**Magistrate Judge Dustin B. Pead** |

On March 30, 2020, this Court issued an Order to Show Cause (ECF No. 20) requiring Plaintiff Cody Young ("Plaintiff" or "Mr. Young"), within ten days, to file an opposition to Defendant ABC 4 Utah's ("Defendant") pending Motion to Dismiss (the "Motion") (ECF No. 6.) The Court warned Mr. Young that a failure to file a response to the Order to Show Cause and the Motion would result in a recommendation of dismissal.

As of this date, Mr. Young has not filed an opposition and the time within which to do so has expired. Accordingly, for the reasons set forth in the Motion, the court recommends to the District Court that Defendant's Motion be granted (ECF No. 6) and Plaintiff's action be dismissed. *See* DUCivR 7-1(3)(d).

Copies of this Report and Recommendation are being sent to Plaintiff, who is hereby notified of his right to object. Plaintiff must file any objection to this Report and Recommendation within fourteen (14) days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). A failure to object may constitute waiver of objections upon

subsequent review.

**IT IS SO ORDERED.**

DATED this 13th day of April 2020.

BY THE COURT

_____
DUSTIN B. PEAD
Magistrate Judge
United States District Court